IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CV 10-00711 SOM-BMK |
| | ) | |
| THE COMPLAINT OF X-TREME PARASAIL, INC., a Hawaii corporation, and DIAMOND HEAD PARASAIL & WATER SPORTS, INC., a Hawaii corporation, as Owners of the motor vessel, WICKED WAHINE, O.N. 1099511, for Exoneration from and/or Limitation of Liability | ) ) ) ) ) ) ) ) ) | |
| Petitioners. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 12, 2011 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 29, 2011.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge